AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| LOUIS FLOYD and TERRY FABRICANT, individually and on behalf of all others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>FIRST DATA MERCHANT SERVICES LLC, et al.<br><br>*Defendant(s)* | Civil Action No. 5:20-cv-02162  -NC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  NATIONAL PAYMENT SYSTEMS OR, LLC
d/b/a/ ONE CONNECT PROCESSING
1050 SW 6th Avenue, Suite 1100
Portland, Oregon 97204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jon B. Fougner
600 California Street, 11th Floor
San Francisco, CA 94108

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Susan Y. Soong

Date:  03/31/2020                              *Susie F. Barrera*
                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:20-cv-02162 -NC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* National Payment Systems OR, LLC d/b/a One Connect Processing was received by me on *(date)* April 1, 2020.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Dani Bezley , who is designated by law to accept service of process on behalf of *(name of organization)* National Payment Systems OR, L d/b/a One Connect Processing on *(date)* 4-3-2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 4-6-20

*Server's signature*

Herman Garcia
*Printed name and title*

RUSH PROCESS SERVICE, INC.
2014 NE SANDY BLVD., #204
PORTLAND, OR 97232
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...                                                    Reset