Rebecca L. Wilson (SBN 257613)
KUTAK ROCK LLP
5 Park Plaza, Suite 1500
Irvine, California 92614-8595
Telephone: (949) 417-0999
Facsimile: (949) 417-5394
Email: rebecca.wilson@kutakrock.com

Attorneys for Defendants
NATIONAL PAYMENT SYSTEMS LLC and
NATIONAL PAYMENT SYSTEMS OR, LLC
d/b/a ONE CONNECT PROCESSING

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS FLOYD and TERRY FABRICANT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST DATA MERCHANT SERVICES LLC, et al.,<br><br>Defendants. | Case No.: 5:20-cv-02162-NC<br><br>Assigned to Magistrate Judge:<br>Honorable Nathanael Cousins<br>Courtroom 5, 4th Floor<br><br>**ANSWER AND AFFIRMATIVE DEFENSES BY NATIONAL PAYMENT SYSTEMS OR, LLC d/b/a ONE CONNECT PROCESSING TO PLAINTIFFS' COMPLAINT**<br><br>Complaint Filed: March 30, 2020<br>Trial Date: Not Set |

For its answer to the Complaint of Louis Floyd and Terry Fabricant, Defendant National Payment Systems LLC OR, LLC d/b/a One Connect Processing states and responds as follows:

## I. "INTRODUCTION"

1. Defendant admits that the case purports to arise from the TCPA, but otherwise denies the allegations.

2. Denied.

Case No.: 5:20-cv-02162-NC

3.      Denied.

4.      Defendant lacks sufficient knowledge or information to form as belief as to the truth of the allegations of paragraph 4 and on that basis, denies them.

5.      Defendant lacks sufficient knowledge or information to form as belief as to the truth of the allegations of paragraph 5 and on that basis, denies them.

6.      Defendant lacks sufficient knowledge or information to form as belief as to the truth of the allegations of paragraph 6 and on that basis, denies them.

7.      Denied.

**II.     "PARTIES"**

8.      Defendant lacks sufficient knowledge or information to form as belief as to the truth of the allegations of paragraph 8 and on that basis, denies them.

9.      Defendant lacks sufficient knowledge or information to form as belief as to the truth of the allegations of paragraph 9 and on that basis, denies them.

10.     Defendant lacks sufficient knowledge or information to form as belief as to the truth of the allegations of paragraph 10 and on that basis, denies them.

11.     Defendant lacks sufficient knowledge or information to form as belief as to the truth of the allegations of paragraph 11 and on that basis, denies them.

12.     Defendant lacks sufficient knowledge or information to form as belief as to the truth of the allegations of paragraph 12 and on that basis, denies them.

13.     Defendant lacks sufficient knowledge or information to form as belief as to the truth of the allegations of paragraph 13 and on that basis, denies them.

14.     Defendant lacks sufficient knowledge or information to form as belief as to the truth of the allegations of paragraph 14 and on that basis, denies them.

15.     Defendant lacks sufficient knowledge or information to form as belief as to the truth of the allegations of paragraph 15 and on that basis, denies them.

16.     Defendant lacks sufficient knowledge or information to form as belief as to the truth of the allegations of paragraph 16 and on that basis, denies them.

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

Case No.: 5:20-cv-02162-NC

ANSWER AND AFFIRMATIVE DEFENSES BY NATIONAL PAYMENT SYSTEMS OR, LLC D/B/A ONE CONNECT PROCESSING TO PLAINTIFFS' COMPLAINT

17.     Defendant lacks sufficient knowledge or information to form as belief as to the truth of the allegations of paragraph 17 and on that basis, denies them.

18.     Defendant lacks sufficient knowledge or information to form as belief as to the truth of the allegations of paragraph 18 and on that basis, denies them.

19.     Defendant lacks sufficient knowledge or information to form as belief as to the truth of the allegations of paragraph 19 and on that basis, denies them.

20.     Defendant lacks sufficient knowledge or information to form as belief as to the truth of the allegations of paragraph 20 and on that basis, denies them.

21.     Defendant lacks sufficient knowledge or information to form as belief as to the truth of the allegations of paragraph 21 and on that basis, denies them.

22.     Defendant lacks sufficient knowledge or information to form as belief as to the truth of the allegations of paragraph 22 and on that basis, denies them.

23.     Defendant lacks sufficient knowledge or information to form as belief as to the truth of the allegations of paragraph 23 and on that basis, denies them.

24.     Defendant lacks sufficient knowledge or information to form as belief as to the truth of the allegations of paragraph 24 and on that basis, denies them.

25.     Admitted.

26.     Denied.

27.     Admitted.

28.     Defendant lacks sufficient knowledge or information to form as belief as to the truth of the allegations of paragraph 28 and on that basis, denies them.

29.     Defendant lacks sufficient knowledge or information to form as belief as to the truth of the allegations of paragraph 29 and on that basis, denies them.

30.     Admitted.

31.     Denied.

32.     Defendant lacks sufficient knowledge or information to form as belief as to the truth of the allegations of paragraph 32 and on that basis, denies them.

ANSWER AND AFFIRMATIVE DEFENSES BY NATIONAL PAYMENT SYSTEMS OR, LLC D/B/A ONE CONNECT PROCESSING TO PLAINTIFFS' COMPLAINT

III.   **"JURISDICTION AND VENUE"**

33.   Denied.

34.   Admitted.

35.   Defendant lacks sufficient knowledge or information to form as belief as to the truth of the allegations of paragraph 35 and on that basis, denies them.

36.   Defendant lacks sufficient knowledge or information to form as belief as to the truth of the allegations of paragraph 35 and on that basis, denies them.

IV.   **"FACTS"**

37.   Insofar as the allegation purports to quote a statute, no response is required, and the allegation is denied.  Otherwise denied.

38.   Defendant lacks sufficient knowledge or information to form as belief as to the truth of the allegations of paragraph 38 and on that basis, denies them.

39.   Denied.

40.   Insofar as the allegation purports to quote a statute, no response is required, and the allegation is denied.  Otherwise denied.

41.   Insofar as the allegation purports to quote a statute, no response is required, and the allegation is denied.  Otherwise denied.

42.   Insofar as the allegation purports to quote a published case, no response is required, and the allegation is denied.  Otherwise denied.

43.   Defendant lacks sufficient knowledge or information to form as belief as to the truth of the allegations of paragraph 43 and on that basis, denies them.

44.   Insofar as the allegation purports to quote the FCC, no response is required, and the allegation is denied.  Otherwise denied.

45.   Denied.

46.   Denied.

47.   Insofar as the allegation purports to quote the FCC, no response is required, and the allegation is denied.  Otherwise denied.

Case No.: 5:20-cv-02162-NC

ANSWER AND AFFIRMATIVE DEFENSES BY NATIONAL PAYMENT SYSTEMS OR, LLC D/B/A ONE CONNECT PROCESSING TO PLAINTIFFS' COMPLAINT

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

48.     Denied.

49.     Insofar as the allegation purports to quote the FTC, no response is required, and the allegation is denied.  Otherwise denied.

50.     Insofar as the allegation purports to quote the FTC, no response is required, and the allegation is denied.  Otherwise denied.

51.     Denied.

52.     Denied.

53.     Denied.

54.     Denied.

55.     Denied.

56.     Denied.

57.     Denied.

58.     Denied.

59.     Denied.

60.     Denied.

61.     Denied.

62.     Defendant lacks sufficient knowledge or information to form as belief as to the truth of the allegations of paragraph 62 and on that basis, denies them.  Otherwise denied.

63.     Defendant lacks sufficient knowledge or information to form as belief as to the truth of the allegations of paragraph 63 and on that basis, denies them.  Otherwise denied.

64.     Defendant lacks sufficient knowledge or information to form as belief as to the truth of the allegations of paragraph 64 and on that basis, denies them.  Otherwise denied.

65.     Denied.

66.     Admitted that a lawsuit as described was filed.  Otherwise denied.

- 5 -                    Case No.: 5:20-cv-02162-NC

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

ANSWER AND AFFIRMATIVE DEFENSES BY NATIONAL PAYMENT SYSTEMS OR, LLC D/B/A ONE CONNECT PROCESSING TO PLAINTIFFS' COMPLAINT

67.   Denied.

68.   Denied.

69.   Denied.

70.   Denied.

71.   Denied.

72.   Denied.

73.   Defendant lacks sufficient knowledge or information to form as belief as to the truth of the allegations of paragraph 73 and on that basis, denies them. Otherwise denied.

74.   Defendant lacks sufficient knowledge or information to form as belief as to the truth of the allegations of paragraph 74 and on that basis, denies them. Otherwise denied.

75.   Denied.

76.   Defendant lacks sufficient knowledge or information to form as belief as to the truth of the allegations of paragraph 76 and on that basis, denies them. Otherwise denied.

77.   Defendant lacks sufficient knowledge or information to form as belief as to the truth of the allegations of paragraph 77 and on that basis, denies them. Otherwise denied.

78.   Defendant lacks sufficient knowledge or information to form as belief as to the truth of the allegations of paragraph 78 and on that basis, denies them. Otherwise denied.

79.   Defendant lacks sufficient knowledge or information to form as belief as to the truth of the allegations of paragraph 79 and on that basis, denies them. Otherwise denied.

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

ANSWER AND AFFIRMATIVE DEFENSES BY NATIONAL PAYMENT SYSTEMS OR, LLC D/B/A ONE CONNECT PROCESSING TO PLAINTIFFS' COMPLAINT

80.     Defendant lacks sufficient knowledge or information to form as belief as to the truth of the allegations of paragraph 80 and on that basis, denies them. Otherwise denied.

81.     Defendant lacks sufficient knowledge or information to form as belief as to the truth of the allegations of paragraph 81 and on that basis, denies them. Otherwise denied.

82.     Defendant lacks sufficient knowledge or information to form as belief as to the truth of the allegations of paragraph 82 and on that basis, denies them. Otherwise denied.

83.     Defendant lacks sufficient knowledge or information to form as belief as to the truth of the allegations of paragraph 83 and on that basis, denies them. Otherwise denied.

84.     Defendant lacks sufficient knowledge or information to form as belief as to the truth of the allegations of paragraph 84 and on that basis, denies them. Otherwise denied.

85.     Defendant lacks sufficient knowledge or information to form as belief as to the truth of the allegations of paragraph 85 and on that basis, denies them. Otherwise denied.

86.     Defendant lacks sufficient knowledge or information to form as belief as to the truth of the allegations of paragraph 86 and on that basis, denies them. Otherwise denied.

87.     Denied.

88.     Defendant lacks sufficient knowledge or information to form as belief as to the truth of the allegations of paragraph 88 and on that basis, denies them. Otherwise denied.

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

ANSWER AND AFFIRMATIVE DEFENSES BY NATIONAL PAYMENT SYSTEMS OR, LLC D/B/A ONE CONNECT PROCESSING TO PLAINTIFFS' COMPLAINT

89.     Defendant lacks sufficient knowledge or information to form as belief as to the truth of the allegations of paragraph 89 and on that basis, denies them. Otherwise denied.

90.     Defendant lacks sufficient knowledge or information to form as belief as to the truth of the allegations of paragraph 90 and on that basis, denies them. Otherwise denied.

91.     Defendant lacks sufficient knowledge or information to form as belief as to the truth of the allegations of paragraph 91 and on that basis, denies them. Otherwise denied.

92.     Defendant lacks sufficient knowledge or information to form as belief as to the truth of the allegations of paragraph 92 and on that basis, denies them. Otherwise denied.

93.     Defendant lacks sufficient knowledge or information to form as belief as to the truth of the allegations of paragraph 93 and on that basis, denies them. Otherwise denied.

94.     Defendant lacks sufficient knowledge or information to form as belief as to the truth of the allegations of paragraph 94 and on that basis, denies them. Otherwise denied.

95.     Denied.

96.     Defendant lacks sufficient knowledge or information to form as belief as to the truth of the allegations of paragraph 96 and on that basis, denies them. Otherwise denied.

97.     Defendant lacks sufficient knowledge or information to form as belief as to the truth of the allegations of paragraph 97 and on that basis, denies them. Otherwise denied.

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

- 8 -                    Case No.: 5:20-cv-02162-NC
ANSWER AND AFFIRMATIVE DEFENSES BY NATIONAL PAYMENT
SYSTEMS OR, LLC D/B/A ONE CONNECT PROCESSING TO PLAINTIFFS'
COMPLAINT

98.   Defendant lacks sufficient knowledge or information to form as belief as to the truth of the allegations of paragraph 98 and on that basis, denies them. Otherwise denied.

99.   Defendant lacks sufficient knowledge or information to form as belief as to the truth of the allegations of paragraph 99 and on that basis, denies them. Otherwise denied.

100.   Defendant lacks sufficient knowledge or information to form as belief as to the truth of the allegations of paragraph 100 and on that basis, denies them. Otherwise denied.

101.   Defendant lacks sufficient knowledge or information to form as belief as to the truth of the allegations of paragraph 101 and on that basis, denies them. Otherwise denied.

102.   Defendant lacks sufficient knowledge or information to form as belief as to the truth of the allegations of paragraph 102 and on that basis, denies them. Otherwise denied.

103.   Defendant lacks sufficient knowledge or information to form as belief as to the truth of the allegations of paragraph 103 and on that basis, denies them. Otherwise denied.

104.   Defendant lacks sufficient knowledge or information to form as belief as to the truth of the allegations of paragraph 104 and on that basis, denies them. Otherwise denied.

105.   Denied.

106.   Denied.

107.   Denied.

108.   Defendant lacks sufficient knowledge or information to form as belief as to the truth of the allegations of paragraph 108 and on that basis, denies them. Otherwise denied.

Case No.: 5:20-cv-02162-NC

ANSWER AND AFFIRMATIVE DEFENSES BY NATIONAL PAYMENT SYSTEMS OR, LLC D/B/A ONE CONNECT PROCESSING TO PLAINTIFFS' COMPLAINT

109.   Defendant lacks sufficient knowledge or information to form as belief as to the truth of the allegations of paragraph 109 and on that basis, denies them. Otherwise denied.

110.   Denied.

111.   Denied.

112.   Denied.  Further, Defendant denies the allegations of each of sub-items (a) – (h).

113.   Denied.

114.   Denied.

115.   Denied.

116.   Denied.

117.   Denied.

118.   Denied.

119.   Denied.

120.   Denied.

121.   Denied.

122.   Denied.

123.   Denied.

124.   Denied.

125.   Defendant lacks sufficient knowledge or information to form as belief as to the truth of the allegations of paragraph 125 and on that basis, denies them. Otherwise denied.

126.   Denied.

127.   Denied.

128.   Denied.

129.   Denied.

130.   Denied.

Case No.: 5:20-cv-02162-NC

ANSWER AND AFFIRMATIVE DEFENSES BY NATIONAL PAYMENT SYSTEMS OR, LLC D/B/A ONE CONNECT PROCESSING TO PLAINTIFFS' COMPLAINT

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

131.  Denied.

132.  Denied.

133.  Denied.

**V.   "CLASS ACTION ALLEGATIONS"**

134.  Defendant admits that Plaintiffs purports to bring this action on behalf of themselves and a class of others, but denies that certification of the class is appropriate.  Defendant further admits that Plaintiffs purport to define the class as alleged, but denies that the definition is appropriate and further denies that class certification is justified.  Otherwise denied.

135.  Denied.

136.  Denied.

137.  Denied.

138.  Denied.

139.  Denied.

140.  Denied.

141.  Denied.

142.  Denied.

143.  Denied.

144.  Denied.

145.  Denied.

146.  Denied.

147.  Denied.

148.  Defendant lacks sufficient knowledge or information to form as belief as to the truth of the allegations of paragraph 148 and on that basis, denies them.  Otherwise denied.

149.  Denied.

150.  Denied.

ANSWER AND AFFIRMATIVE DEFENSES BY NATIONAL PAYMENT SYSTEMS OR, LLC D/B/A ONE CONNECT PROCESSING TO PLAINTIFFS' COMPLAINT

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

1    151.   Denied.

2    152.   Denied.

3    **VI.    "FIRST CLAIM FOR RELIEF"**

4    153.   Defendant realleges and incorporates by reference each and every

5    response set forth in the preceding paragraphs.

6    154.   Denied.

7    155.   Denied.

8    156.   Denied.

9    **VII.   "PRAYER FOR RELIEF"**

10   157.   Defendant denies that Plaintiffs are entitled to any relief sought in their

11   Prayer for Relief.   Additionally, Defendant denies all of the allegations of the

12   Complaint not specifically admitted above.

13                          **AFFIRMATIVE DEFENSES**

14   158.   Without admitting any of Plaintiffs' allegations or conceding the burden

15   of proof as to any issue found to be an element of any cause of action, or any relief

16   requested by Plaintiffs, Defendant alleges the following Affirmative Defenses:

17                          **First Affirmative Defense**

18   159.   Plaintiffs fail to state a claim upon which relief may be granted.

19                          **Second Affirmative Defense**

20   160.   Plaintiffs' claims are barred, in whole or in part, because Plaintiff or

21   Plaintiffs settled such claims either in whole or in part.

22                          **Third Affirmative Defense**

23   161.   Plaintiffs' claims are barred, in whole or in part, because Plaintiffs

24   consented to the receipt of the alleged calls.

25                          **Fourth Affirmative Defense**

26   162.   Plaintiffs' claims are barred, in whole or in part, because of the good

27   faith belief of Defendant that consent was provided by Plaintiffs.

28

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

ANSWER AND AFFIRMATIVE DEFENSES BY NATIONAL PAYMENT
SYSTEMS OR, LLC D/B/A ONE CONNECT PROCESSING TO PLAINTIFFS'
COMPLAINT

1

**Fifth Affirmative Defense**

2          163.   Plaintiffs' claims are barred, in whole or in part, because Plaintiffs'

3    numbers are business phone numbers.

4

**Sixth Affirmative Defense**

5          164.   Plaintiffs' claims are barred, in whole or in part, because the sales calls

6    in question were business to business calls.

7

**Seventh Affirmative Defense**

8          165.   Plaintiffs' claims are barred, in whole or in part, because the calls were

9    not made with equipment that had the capacity to store or produce telephone numbers

10   to be called using a random or sequential number generator to dial such numbers.

11

**Eighth Affirmative Defense**

12         166.   Plaintiffs' claims are barred, in whole or in part, because soundboard

13   technology is permitted by the TCPA.

14

**Ninth Affirmative Defense**

15         167.   Plaintiffs' claims are barred, in whole or in part, because of Defendant's

16   good faith belief that consent was provided by Plaintiffs.

17

**Tenth Affirmative Defense**

18         168.   Plaintiffs' claims are barred, in whole or in part, to the extent that the

19   damages or injury allegedly suffered by Plaintiffs was the proximate result of acts or

20   omissions by Plaintiffs.

21

**Eleventh Affirmative Defense**

22         169.   Plaintiffs' claims are barred, in whole or in part, to the extent that the

23   damages or injury allegedly suffered by Plaintiffs was the proximate result of acts or

24   omissions by persons other than Defendant or Defendants.

25

**Twelfth Affirmative Defense**

26         170.   Plaintiffs' claims are barred, in whole or in part, to the extent that the

27   Defendant or Defendants did not place the calls in question.

28

- 13 -          Case No.: 5:20-cv-02162-NC

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

ANSWER AND AFFIRMATIVE DEFENSES BY NATIONAL PAYMENT
SYSTEMS OR, LLC D/B/A ONE CONNECT PROCESSING TO PLAINTIFFS'
COMPLAINT

1

**Thirteenth Affirmative Defense**

2       171.   Plaintiffs' claims are barred, in whole or in part, because Plaintiffs

3   knowingly and voluntarily assumed any and all risks associated with the matters

4   alleged in the Complaint and, pursuant to the doctrines of assumption of risk and/or

5   informed consent, such conduct bars, in whole or in part, the damages that Plaintiffs

6   seek to recover herein.

7

**Fourteenth Affirmative Defense**

8       172.   Plaintiffs' claims are barred, in whole or in part, because the alleged

9   calls at issue are excepted from and/or do not fall within the purview of the TCPA.

10

**Fifteenth Affirmative Defense**

11      173.   Plaintiffs' claims are barred, in whole or in part, because Defendant or

12   Defendants' role, if any, in the making of the alleged calls falls under the common

13   carrier exception.

14

**Sixteenth Affirmative Defense**

15      174.   Plaintiffs' claims are barred by the doctrine of waiver to the extent

16   Plaintiffs voluntarily relinquished their rights to object to receiving the complained

17   about calls.

18

**Seventeenth Affirmative Defense**

19      175.   Plaintiffs are estopped by their own conduct from asserting the claims

20   alleged in the Complaint.

21

**Eighteenth Affirmative Defense**

22      176.   Plaintiffs' claims are barred to the extent that they failed to mitigate

23   damages.

24

**Nineteenth Affirmative Defense**

25      177.   Plaintiffs' claims are barred to the extent they caused aspects of any

26   purported phone calls to be made by trick.

27

28

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

ANSWER AND AFFIRMATIVE DEFENSES BY NATIONAL PAYMENT
SYSTEMS OR, LLC D/B/A ONE CONNECT PROCESSING TO PLAINTIFFS'
COMPLAINT

1

### Twentieth Affirmative Defense

2   178.   Plaintiffs' claims are barred insofar as Defendant and Defendants are

3   not and cannot be vicariously liable for any purported phone calls.

4   ### Twenty-First Affirmative Defense

5   179.   Any award of punitive or statutory damages against Defendant and

6   Defendants would be unconstitutional under the United States Constitution as

7   violative of the Due Process Clause of the Fourteenth Amendment and the Excessive

8   Fines Clause of the Eighth Amendment.

9   ### Twenty-Second Affirmative Defense

10  180.   Plaintiffs' claims are barred, in whole or in part, to the extent that they

11  were not charged for the subject call or calls.

12  ### DEMAND FOR A JURY TRIAL

13  Defendant demands a jury trial

14  ### REQUEST FOR RELIEF

15  WHEREFORE, Defendant prays for an order dismissing all claims against it

16  with prejudice, for an award of attorneys' fees and costs to the extent provided by

17  any applicable provision of law, and for such other relief as the Court deems just and

18  equitable.

19

20  Dated:  April 22, 2020                    KUTAK ROCK LLP

21

22                                          By: */s/ Rebecca L. Wilson*

23                                              Rebecca L. Wilson
                                                Attorneys for Defendants,
                                                NATIONAL PAYMENT
24                                              SYSTEMS LLC and NATIONAL
                                                PAYMENT SYSTEMS OR, LLC
25                                              d/b/a ONE CONNECT
                                                PROCESSING

26

27

28                          - 15 -          Case No.: 5:20-cv-02162-NC

ANSWER AND AFFIRMATIVE DEFENSES BY NATIONAL PAYMENT
SYSTEMS OR, LLC D/B/A ONE CONNECT PROCESSING TO PLAINTIFFS'
COMPLAINT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

*Louis Floyd, et al. v. First Data Merchant Services LLC, et. al.*
United States District Court – Northern District
Case No.: 5:20-CV-02162

STATE OF CALIFORNIA, COUNTY OF ORANGE

    I am employed in the City of Irvine in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 5 Park Plaza, Suite 1500, Irvine, California  92614-8595.

    On **April 22, 2020**, I served on all interested parties as identified on the below mailing list the following document(s) described as:

**ANSWER AND AFFIRMATIVE DEFENSES BY NATIONAL PAYMENT SYSTEMS OR, LLC d/b/a ONE CONNECT PROCESSING TO PLAINTIFFS' COMPLAINT**

☒    **(BY NOTICE OF ELECTRONIC FILING)**  Counsel who have consented to electronic service have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said document(s) was(were) filed, and which constitutes service pursuant to FRCP 5(b)(2)(D).

## SEE ATTACHED SERVICE LIST

[X]    **(FEDERAL)**  I declare that I am employed in the office of a member of the bar of this Court at whose direction service was made.

    Executed on **April 22, 2020**, at Irvine, California.

_____
Mary Clark

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4851-6771-5726.1

Case No.: 5:20-CV-02162

PROOF OF SERVICE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SERVICE LIST**

*Louis Floyd, et al. v. First Data Merchant Services LLC, et. al.*
United States District Court – Northern District
Case No.: 5:20-CV-02162

| | |
|---|---|
| Jon B. Fougner, Esq.<br>600 California Street, 11th Floor<br>San Francisco, CA 94108 | Attorney for Plaintiffs,<br><br>Tel:   (415) 577-5829<br>Fax:   (206) 338-0783<br><br>Email:  Jon@FougnerLaw.com |
| Anthony I. Paronich, Esq.<br>Paronich Law, P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043 | *Pro Hac Vice* Attorney for Plaintiffs,<br><br>Tel:   (617) 485-0018<br>Fax:   (617) 830-0327<br><br>Email:  anthony@paronichlaw.com |
| Edward A. Broderick, Esq,<br>Broderick Law, P.C.<br>99 High Street, Suite 304<br>Boston, MA 02110 | *Pro Hac Vice* Attorney for Plaintiffs,<br><br>Tel:   (617) 738-7080<br>Fax:   (617) 830-0327<br><br>Email:  ted@broderick-law.com |
| Matthew P. McCue, Esq.<br>The Law Office of Matthew P. McCue<br>1 South Avenue, Suite 3<br>Natick, MA 01760 | *Pro Hac Vice* Attorney for Plaintiffs,<br><br>Tel:   (508) 655-1415<br>Fax:   (508) 319-3077<br><br>Email:  mmccue@massattorneys.net |

- 2 -                    Case No.: 5:20-CV-02162

PROOF OF SERVICE