1   Edward A. Broderick, *Pro Hac Vice*
2   ted@broderick-law.com
    BRODERICK LAW, P.C.
3   176 Federal Street, Fifth Floor
    Boston, Massachusetts 02110
4   Telephone: (617) 738-7080
    Facsimile: (617) 830-0327
5
6   [Additional counsel appear on signature page]
7   *Attorneys for Louis Floyd and Terry Fabricant and the*
    *Proposed Class*
8
9   JOHN W. PETERSON (SBN 179343)
    john.peterson@polsinelli.com
    POLSINELLI LLP
10  401 Commerce Street, Suite 900
    Nashville, TN  37219
11  Telephone: (615) 259-1510
    Facsimile: (615) 259-1573
12
13  *Attorney for Defendant*
    *FIRST DATA MERCHANT SERVICES LLC*
14
    David S. Eisen (State Bar No. 100623)
15  David.Eisen@wilsonelser.com
    Adam Le Berthon (State Bar No. 145226)
16  Adam.LeBerthon@wilsonelser.com
    Amy Choe (State Bar No. 299870)
17  Amy.Choe@wilsonelser.com
    **WILSON, ELSER, MOSKOWITZ,**
18  **EDELMAN & DICKER LLP**
19  555 South Flower Street, Suite 2900
    Los Angeles, California 90071-2407
20  Telephone:(213) 443-5100
    Facsimile: (213) 443-5101
21
22  *Attorneys for Defendants*
    *National Payment Systems and*
23  *National Payment Systems OR, LLC*
    *d/b/a/ ONE CONNECT PROCESSING*
24
25
26
27                                              -1-
28

1
2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

3

4

5

LOUIS FLOYD and TERRY
FABRICANT, individually and on behalf
of all others similarly situated,

6

                     Plaintiffs,

7

          v.

8

FIRST DATA MERCHANT SERVICES
LLC,

9

10

SAM'S CLUB MERCHANT
SERVICES,

11

12

NATIONAL PAYMENT SYSTEMS
LLC, and

13

14

NATIONAL PAYMENT SYSTEMS OR,
LLC d/b/a/ ONE CONNECT
PROCESSING,

15

                     Defendants.

Case No. 5:20-cv-02162-EJD

**PARTIES' STIPULATED REQUEST TO
EXTEND CASE DEADLINES**

Complaint Filed: March 30, 2020

16

17

18

19

20

21

          Pursuant to Local Civil Rules 6-3 and 7-12, Plaintiffs Louis Floyd and Terry Fabricant,
"Plaintiffs") and defendants First Data Merchant Services LLC and Sam's Club Merchant Services
(jointly, "First Data"), and defendants National Payment Systems LLC ("NPS") and National
Payment Systems OR, LLC ("NPS OR," jointly, "National Payment"), through their attorneys,
hereby seek Court approval of their stipulation to extend the following case deadlines:

22

23

24

25

26

27

28

-2-

| Event | Current Deadline | New Deadline |
|-------|-----------------|--------------|
| Joint Trial Setting Conference Statement *(see Section III(C)(2) of Standing Order for Civil Cases)* | July 26, 2021 | July 26, 2021 |
| Trial Setting Conference *(see Section III(C)(1) of Standing Order for Civil Cases)* | 11:00 a.m. on August 5, 2021 | 11:00 a.m. on August 5, 2021 |
| Fact Discovery Cutoff | September 1, 2021 | September 1, 2021 |
| Designation of Opening Experts with Reports | January 21, 2021 | May 28, 2021 |
| Designation of Rebuttal Experts with Reports | February 21, 2021 | June 25, 2021 |
| Expert Discovery Cutoff | April 19, 2021 | August 20, 2021 |
| Deadline(s) for Filing Discovery Motions | See Civil Local Rule 37-3 | See Civil Local Rule 37-3 |
| Deadline for Filing Dispositive Motions1 *(see Section IV and V of Standing Order for Civil Cases)* | September 15, 2021 | September 15, 2021 |
| Hearing on Anticipated Dispositive Motion(s) | 9:00 a.m. on October 21, 2021 | 9:00 a.m. on October 21, 2021 |
| The parties shall comply with the Standing Order for Civil Cases, a copy of which is available from the Clerk of the Court, with regard to the timing and content of the Joint Trial Setting Conference Statement and all other pretrial submissions. | | |

The Parties declare the following in support of the extension:

1.      WHEREAS on June 27, 2020, the Parties filed a Joint Case Management Statement and [Proposed] Order setting forth proposed case deadlines. (*See* Dkt. No. 37.)

2.      WHEREAS in a Scheduling Order dated August 12, 2020, the Court adopted the scheduling order proposed in Dkt. No. 37. (*See* Dkt. No. 38.)

3.      WHEREAS the Parties have engaged in intensive written discovery and identified categories of calling records and lead information which have been produced.

4.      WHEREAS on January 12, 2021, the National Payment Defendants filed a notice of Withdrawal and Substitution of New Counsel, Dkt. 50, which was approved by the Court the same day.

5.      WHEREAS on January 14, 2021, counsel for Parties conferred extensively regarding additional calling records and lead information which Plaintiffs believe will enable them to identify members of the putative class and assess the number of alleged violations of the TCPA and conferred regarding production of documents. The Parties agreed to confer with their clients regarding discovery issues, and scheduled a follow up meet and confer conference on January 28, 2021.

6.      WHEREAS the pending deadlines do not allow the parties sufficient time to complete the meet and confer process on July 28, 2021 and to provide expert witnesses any additional that data that may be produced for analysis.

7.      WHEREAS the Parties now propose to modify the schedule to extend discovery and all remaining deadlines for the purpose of allowing time for the parties to complete discovery, and confer as to whether to schedule a mediation once sufficient discovery is produced to allow the Parties to know the scope of the alleged TCPA violations at issue.

8.      NOW, THEREFORE, THE PARTIES HEREBY JOINTLY REQUEST, through their undersigned counsel of record, that the case deadlines be modified as set forth herein.

RESPECTFULLY SUBMITTED AND DATED this 20th day of January 2021.

SO STIPULATED BY:

- 4 -

By: */s/ Edward A. Broderick*

Anthony I. Paronich, *Pro Hac Vice*
anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 738-7080
Facsimile: (617) 830-0327

Andrew W. Heidarpour, *Pro Hac Vice Forthcoming*
aheidarpour@hlfirm.com
HEIDARPOUR LAW FIRM, PPC
1300 Pennsylvania Avenue NW, 190-318
Washington, District of Columbia 20004
Telephone: (202) 234-2727

Matthew P. McCue, *Pro Hac Vice*
mmccue@massattorneys.net
THE LAW OFFICE OF MATTHEW P. MCCUE
1 South Avenue, Suite 3
Natick, Massachusetts 01760
Telephone: (508) 655-1415
Facsimile: (508) 319-3077

*Attorneys for Plaintiffs Louis Floyd and Terry Fabricant and the Proposed Class*

*/s/ John W. Peterson*
JOHN W. PETERSON (SBN 179343)
john.peterson@polsinelli.com
POLSINELLI LLP
401 Commerce Street, Suite 900
Nashville, TN 37219
Telephone: (615) 259-1510
Facsimile: (615) 259-1573

*Attorney for Defendant First Data Merchant Services LLC*

- 5 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*/s/ David S. Eisen*
David S. Eisen (State Bar No. 100623)
David.Eisen@wilsonelser.com
Adam Le Berthon (State Bar No. 145226)
Adam.LeBerthon@wilsonelser.com
Amy Choe (State Bar No. 299870)
Amy.Choe@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, California 90071-2407
Telephone:(213) 443-5100
Facsimile: (213) 443-5101

*Attorneys for Defendants National Payment Systems, LLC and National Payment Systems OR, LLC*

Date:  January 26, 2021

- 6 -