| | |
|---|---|
| 1 | Edward A. Broderick, *Pro Hac Vice*<br>ted@broderick-law.com |
| 2 | BRODERICK LAW, P.C.<br>176 Federal Street, Fifth Floor |
| 3 | Boston, Massachusetts 02110<br>Telephone: (617) 738-7080 |
| 4 | Facsimile: (617) 830-0327 |
| 5 | [Additional counsel appear on signature page] |
| 6 | |
| 7 | *Attorneys for Louis Floyd and Terry Fabricant and the Proposed Class* |
| 8 | JOHN W. PETERSON (SBN 179343)<br>john.peterson@polsinelli.com |
| 9 | POLSINELLI LLP<br>401 Commerce Street, Suite 900 |
| 10 | Nashville, TN  37219<br>Telephone: (615) 259-1510 |
| 11 | Facsimile: (615) 259-1573 |
| 12 | *Attorney for Defendant* |
| 13 | *FIRST DATA MERCHANT SERVICES LLC* |
| 14 | David S. Eisen (State Bar No. 100623)<br>David.Eisen@wilsonelser.com |
| 15 | Adam Le Berthon (State Bar No. 145226)<br>Adam.LeBerthon@wilsonelser.com |
| 16 | Amy Choe (State Bar No. 299870)<br>Amy.Choe@wilsonelser.com |
| 17 | **WILSON, ELSER, MOSKOWITZ,** |
| 18 | **EDELMAN & DICKER LLP**<br>555 South Flower Street, Suite 2900 |
| 19 | Los Angeles, California 90071-2407<br>Telephone:(213) 443-5100 |
| 20 | Facsimile: (213) 443-5101 |
| 21 | |
| 22 | *Attorneys for Defendants*<br>*National Payment Systems and* |
| 23 | *National Payment Systems OR, LLC*<br>*d/b/a/ ONE CONNECT PROCESSING* |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

- 1 -

[PROPOSED] ORDER GRANTING PARTIES' STIPULATED REQUEST TO EXTEND CASE DEADLINES, *FLOYD V. FIRST DATA MERCHANT SERVS., LLC*, CASE NO. 5:20-CV-02162-EJD

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| LOUIS FLOYD and TERRY FABRICANT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST DATA MERCHANT SERVICES LLC,<br><br>SAM'S CLUB MERCHANT SERVICES,<br><br>NATIONAL PAYMENT SYSTEMS LLC, and<br><br>NATIONAL PAYMENT SYSTEMS OR, LLC d/b/a/ ONE CONNECT PROCESSING,<br><br>Defendants. | Case No. 5:20-cv-02162-EJD<br><br>**[PROPOSED] ORDER GRANTING PARTIES' STIPULATED REQUEST TO EXTEND CASE DEADLINES**<br><br>Complaint Filed: March 30, 2020 |

The Court adopts the following schedule as approved by the parties in Dkt. 52:

| Event | Date |
|---|---|
| Joint Trial Setting Conference Statement *(see Section III(C)(2) of Standing Order for Civil Cases)* | July 26, 2021 |
| Trial Setting Conference *(see Section III(C)(1) of Standing Order for Civil Cases)* | 11:00 a.m. on August 5, 2021 |
| Fact Discovery Cutoff | September 1, 2021 |
| Designation of Opening Experts with Reports | May 28, 2021 |
| Designation of Rebuttal Experts with Reports | June 25, 2021 |
| Expert Discovery Cutoff | August 20, 2021 |

- 2 -

[PROPOSED] ORDER GRANTING PARTIES' STIPULATED REQUEST TO EXTEND CASE DEADLINES, *FLOYD V. FIRST DATA MERCHANT SERVS., LLC*, CASE NO. 5:20-CV-02162-EJD

| | |
|---|---|
| Deadline(s) for Filing Discovery Motions | See Civil Local Rule 37-3 |
| Deadline for Filing Dispositive Motions1 *(see Section IV and V of Standing Order for Civil Cases)* | September 15, 2021 |
| Hearing on Anticipated Dispositive Motion(s) | 9:00 a.m. on October 21, 2021 |
| The parties shall comply with the Standing Order for Civil Cases, a copy of which is available from the Clerk of the Court, with regard to the timing and content of the Joint Trial Setting Conference Statement and all other pretrial submissions. | |

**IT IS SO ORDERED.**

Dated: _____, 2021       By: _____
                                             EDWARD J. DAVILA
                                             United States District Judge

- 3 -

[PROPOSED] ORDER GRANTING PARTIES' STIPULATED REQUEST TO EXTEND CASE DEADLINES, *FLOYD V. FIRST DATA MERCHANT SERVS., LLC*, CASE NO. 5:20-CV-02162-EJD