1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Edward A. Broderick, *Pro Hac Vice*
ted@broderick-law.com
BRODERICK LAW, P.C.
176 Federal Street, Fifth Floor
Boston, Massachusetts 02110
Telephone: (617) 738-7080
Facsimile: (617) 830-0327

[Additional counsel appear on signature page]

*Attorneys for Louis Floyd and Terry Fabricant*
*and the Proposed Class*

JOHN W. PETERSON (SBN 179343)
john.peterson@polsinelli.com
POLSINELLI LLP
401 Commerce Street, Suite 900
Nashville, TN 37219
Telephone: (615) 259-1510
Facsimile: (615) 259-1573

*Attorney for Defendant*
*First Data Merchant Services LLC*

David S. Eisen (State Bar No. 100623)
David.Eisen@wilsonelser.com
Adam Le Berthon (State Bar No. 145226)
Adam.LeBerthon@wilsonelser.com
Amy Choe (State Bar No. 299870)
Amy.Choe@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
555 South Flower Street, Suite 2900
Los Angeles, California 90071-2407
Telephone: (213) 443-5100
Facsimile: (213) 443-5101

*Attorneys for Defendants*
*National Payment Systems and*
*National Payment Systems OR, LLC*
*d/b/a/ One Connect Processing*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| LOUIS FLOYD and TERRY FABRICANT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIRST DATA MERCHANT SERVICES LLC,<br><br>SAM'S CLUB MERCHANT SERVICES,<br><br>NATIONAL PAYMENT SYSTEMS LLC,<br><br>and<br><br>NATIONAL PAYMENT SYSTEMS OR, LLC d/b/a/ ONE CONNECT PROCESSING,<br><br>Defendants. | Case No. 5:20-cv-02162-EJD<br><br>**PARTIES' STIPULATED REQUEST TO EXTEND CASE DEADLINES**<br><br>Complaint Filed: March 30, 2020 |

Pursuant to Local Civil Rules 6-3 and 7-12, Defendant First Data Merchant Services LLC (collectively with "Sam's Club Merchant Services"[1], "First Data"), and Defendants National Payment Systems LLC ("NPS") and National Payment Systems OR, LLC ("NPS OR," jointly, "National Payment"), and Plaintiffs Louis Floyd and Terry Fabricant ("Plaintiffs"), through their attorneys, hereby seek Court approval of their stipulation to extend the following case deadlines:

[1] Sam's Club Merchant Services is a trade name for First Data Merchant Services LLC and is not an independent entity.

| Event | Current Deadline | New Deadline |
|---|---|---|
| Joint Trial Setting Conference Statement *(see Section III(C) (2) of Standing Order for Civil Cases)* | July 26, 2021 | September 13, 2021 |
| Trial Setting Conference *(see Section III(C) (1) of Standing Order for Civil Cases)* | 11:00 a.m. on August 5, 2021 | 11:00 a.m. on September 23, 2021 |
| Fact Discovery Cutoff | September 1, 2021 | October 20, 2021 |
| Designation of Opening Experts with Reports | May 28, 2021 | July 16, 2021 |
| Designation of Rebuttal Experts with Reports | June 25, 2021 | August 13, 2021 |
| Expert Discovery Cutoff | August 20, 2021 | October 8, 2021 |
| Deadline(s) for Filing Discovery Motions | See Civil Local Rule 37-3 | See Civil Local Rule 37-3 |
| Deadline for Filing Dispositive Motions *(see Section IV and V of Standing Order for Civil Cases)* | September 15, 2021 | November 3, 2021 |
| Hearing on Anticipated Dispositive Motion(s) | 9:00 a.m. on October 21, 2021 | 9:00 a.m. on December 9, 2021 |
| The parties shall comply with the Standing Order for Civil Cases, a copy of which is available from the Clerk of the Court, with regard to the timing and content of the Joint Trial Setting Conference Statement and all other pretrial submissions. | | |

The parties declare the following in support of the extension:

1.      On June 27, 2020, the Parties filed a Joint Case Management Statement and [Proposed] Order setting forth proposed case deadlines, which the Court adopted in a Scheduling Order on August 12, 2020. (*See* Doc. Nos. 37-38.)

2.      On January 12, 2021, the National Payment Defendants filed a notice of Withdrawal and Substitution of New Counsel (Doc. 50), which the Court approved that same day.

(Doc. No. 51.)

3. On January 26, 2021, the parties filed a Stipulated Request to Extend Case Deadlines, modifying deadlines related to experts in this case, which the Court adopted that same day. (Doc. Nos. 52-53.)

4. To date, the parties have been engaged in intensive written discovery and have met and conferred on several discovery issues.

5. The parties have a mediation scheduled on June 30, 2021 and are working in good faith to resolve this matter.

6. A seven-week extension of the current case deadlines, as outlined above, will allow the parties to focus on their continued exchange of documents and information necessary to attempt to resolve the case in good faith at the mediation on June 30, 2021, and will further enable the parties to avoid incurring costs associated with expert reports, depositions, and other similar discovery until after the mediation, should it not be successful.

7. NOW, THEREFORE, THE PARTIES HEREBY JOINTLY REQUEST, through their undersigned counsel of record, that the case deadlines be modified as set forth herein. RESPECTFULLY SUBMITTED AND DATED this 26th day of May 2021.

SO STIPULATED BY:

Dated:  May 26, 2021

Respectfully Submitted,

*/s/ John W. Peterson*

JOHN W. PETERSON (SBN 179343)
john.peterson@polsinelli.com
**POLSINELLI LLP**
401 Commerce Street, Suite 900
Nashville, TN  37219
Telephone: (615) 259-1510
Facsimile: (615) 259-1573

*Attorney for Defendant*
*First Data Merchant Services LLC*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*/s/ Edward A. Broderick*

Edward A. Broderick, *Pro Hac Vice*
ted@broderick-law.com
**BRODERICK LAW, P.C.**
176 Federal Street, Fifth Floor
Boston, Massachusetts 02110
Telephone: (617) 738-7080
Facsimile: (617) 830-0327

Anthony I. Paronich, *Pro Hac Vice*
anthony@paronichlaw.com
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 738-7080
Facsimile: (617) 830-0327

Andrew W. Heidarpour, *Pro Hac Vice*
Forthcoming
aheidaipour@hlfinn.com
**HEIDARPOUR LAW FIRM, PPC**
1300 Pennsylvania Avenue NW, 190-318
Washington, District of Columbia 20004
Telephone: (202) 234-2727

Matthew P. McCue, *Pro Hac Vice*
mmccue@massattorneys.net
**THE LAW OFFICE OF MATTHEW P. MCCUE**
1 South Avenue, Suite 3
Natick, Massachusetts 01760
Telephone: (508) 655-1415
Facsimile: (508) 319-3077

Adam J. Schwartz
adam@ajschwartzlaw.com
5670 Wilshire Boulevard, Suite 1800
Los Angeles, CA 90036
Telephone: (323) 455-4016

*Attorneys for Plaintiffs Louis Floyd and Terry Fabricant and the Proposed Class*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_/s/ David S. Eisen_
David S. Eisen (State Bar No. 100623)
David.Eisen@wilsonelser.com
Adam Le Berthon (State Bar No. 145226)
Adam.LeBerthon@wilsonelser.com
Amy Choe (State Bar No. 299870)
Amy.Choe@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, California 90071-2407
Telephone:(213) 443-5100
Facsimile: (213) 443-5101

_Attorneys for Defendants National Payment_
_Systems, LLC and National Payment_
_Systems OR, LLC_

PARTIES' STIPULATED REQUEST TO EXTEND CASE DEADLINES
FLOYD v. FIRST DATA MERCHANT SERVS., LLC, CASE NO. 5:20-cv-02162-EJD

78243287.3