Edward A. Broderick, *Pro Hac Vice*
ted@broderick-law.com
BRODERICK LAW, P.C.
176 Federal Street, Fifth Floor
Boston, Massachusetts 02110
Telephone: (617) 738-7080
Facsimile: (617) 830-0327

[Additional counsel appear on ECF]

*Attorneys for Louis Floyd and Terry Fabricant and the Proposed Class*

JOHN W. PETERSON (SBN 179343)
john.peterson@polsinelli.com
POLSINELLI LLP
401 Commerce Street, Suite 900
Nashville, TN  37219
Telephone: (615) 259-1510
Facsimile: (615) 259-1573

*Attorney for Defendant*
*First Data Merchant Services LLC*

David S. Eisen (State Bar No. 100623)
David.Eisen@wilsonelser.com
Adam Le Berthon (State Bar No. 145226)
Adam.LeBerthon@wilsonelser.com
Amy Choe (State Bar No. 299870)
Amy.Choe@wilsonelser.com
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
555 South Flower Street, Suite 2900
Los Angeles, California 90071-2407
Telephone: (213) 443-5100
Facsimile: (213) 443-5101

*Attorneys for Defendants*
*National Payment Systems and*
*National Payment Systems OR, LLC*
*d/b/a/ One Connect Processing*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| LOUIS FLOYD and TERRY FABRICANT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIRST DATA MERCHANT SERVICES LLC,<br><br>SAM'S CLUB MERCHANT SERVICES,<br><br>NATIONAL PAYMENT SYSTEMS LLC,<br><br>and<br><br>NATIONAL PAYMENT SYSTEMS OR, LLC d/b/a/ ONE CONNECT PROCESSING,<br><br>Defendants. | Case No. 5:20-cv-02162-EJD<br><br>**[PROPOSED] ORDER GRANTING PARTIES' STIPULATED REQUEST TO EXTEND CASE DEADLINES**<br><br>Complaint Filed: March 30, 2020 |

The Court adopts the following schedule as approved by the parties in Docket Number 54:

| Event | New Deadline |
|---|---|
| Joint Trial Setting Conference Statement *(see Section III(C) (2) of Standing Order for Civil Cases)* | September 13, 2021 |
| Trial Setting Conference *(see Section III(C) (1) of Standing Order for Civil Cases)* | 11:00 a.m. on September 23, 2021 |
| Fact Discovery Cutoff | October 20, 2021 |
| Designation of Opening Experts with Reports | July 16, 2021 |
| Designation of Rebuttal Experts with Reports | August 13, 2021 |

| | |
|---|---|
| Expert Discovery Cutoff | October 8, 2021 |
| Deadline(s) for Filing Discovery Motions | See Civil Local Rule 37-3 |
| Deadline for Filing Dispositive Motions *(see Section IV and V of Standing Order for Civil Cases)* | November 3, 2021 |
| Hearing on Anticipated Dispositive Motion(s) | 9:00 a.m. on December 9, 2021 |
| The parties shall comply with the Standing Order for Civil Cases, a copy of which is available from the Clerk of the Court, with regard to the timing and content of the Joint Trial Setting Conference Statement and all other pretrial submissions. | |

**IT IS SO ORDERED.**

Dated: _____, 2021          By: _____
                                                 EDWARD J. DAVILA
                                                 United States District Judge