UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| LOUIS FLOYD and TERRY FABRICANT, individually and on behalf of all others similarly situated,<br><br>               Plaintiffs,<br><br>   v.<br><br>FIRST DATA MERCHANT SERVICES LLC,<br><br>SAM'S CLUB MERCHANT SERVICES,<br><br>NATIONAL PAYMENT SYSTEMS LLC, and<br><br>NATIONAL PAYMENT SYSTEMS OR, LLC d/b/a/ ONE CONNECT PROCESSING,<br><br>               Defendants. | Case No. 5:20-cv-02162-EJD<br><br>AMENDED<br>[PROPOSED] ORDER GRANTING PARTIES' STIPULATED REQUEST TO EXTEND CASE DEADLINES TO ALLOW PROPOSED CLASS SETTLEMENT TO BE FINALIZED<br><br>(MODIFIED BY THE COURT)<br><br>Complaint Filed: March 30, 2020 |

The Court adopts the following schedule as approved by the parties in Dkt. 56:

| Event | Date |
|---|---|
| Joint Trial Setting Conference Statement *(see Section III(C)(2) of Standing Order for Civil Cases)* | ~~September 27~~, 2021 October 12 |
| Trial Setting Conference *(see Section III(C)(1) of Standing Order for Civil Cases)* | 11:00 a.m. on October 21, 2021 |
| Fact Discovery Cutoff | November 3, 2021 |
| Designation of Opening Experts with Reports | October 23, 2021 |
| Designation of Rebuttal Experts with Reports | November 23, 2021 |
| Expert Discovery Cutoff | December 20, 2021 |

- 2 -

| | |
|---|---|
| Deadline(s) for Filing Discovery Motions | See Civil Local Rule 37-3 |
| Deadline for Filing Dispositive Motions1 *(see Section IV and V of Standing Order for Civil Cases)* | January 7, 2022 |
| Hearing on Anticipated Dispositive Motion(s) | 9:00 a.m. on ~~January 20~~, 2022 **February 10** |
| The parties shall comply with the Standing Order for Civil Cases, a copy of which is available from the Clerk of the Court, with regard to the timing and content of the Joint Trial Setting Conference Statement and all other pretrial submissions. | |

**IT IS SO ORDERED.**

Dated:  September 10 , 2021      By: _____
                                       EDWARD J. DAVILA
                                       United States District Judge

- 3 -

[PROPOSED] ORDER GRANTING PARTIES' STIPULATED REQUEST TO EXTEND CASE DEADLINES TO ALLOW CLASS SETTLEMENT TO BE FINALIZED, FLOYD V. FIRST DATA MERCHANT SERVS., LLC, CASE NO. 5:20-CV-02162-EJD