| | |
|---|---|
| 1 | Edward A. Broderick, *Pro Hac Vice* |
| | ted@broderick-law.com |
| 2 | BRODERICK LAW, P.C. |
| | 176 Federal Street, Fifth Floor |
| 3 | Boston, Massachusetts 02110 |
| | Telephone: (617) 738-7080 |
| 4 | Facsimile: (617) 830-0327 |
| 5 | |
| | [Additional counsel appear on signature page] |
| 6 | |
| | *Attorneys for Louis Floyd and Terry Fabricant and the* |
| 7 | *Proposed Class* |
| 8 | JOHN W. PETERSON (SBN 179343) |
| | john.peterson@polsinelli.com |
| 9 | POLSINELLI LLP |
| | 401 Commerce Street, Suite 900 |
| 10 | Nashville, TN 37219 |
| | Telephone: (615) 259-1510 |
| 11 | Facsimile: (615) 259-1573 |
| 12 | *Attorney for Defendant* |
| | FIRST DATA MERCHANT SERVICES LLC |
| 13 | |
| 14 | David S. Eisen (State Bar No. 100623) |
| | David.Eisen@wilsonelser.com |
| 15 | Adam Le Berthon (State Bar No. 145226) |
| | Adam.LeBerthon@wilsonelser.com |
| 16 | Amy Choe (State Bar No. 299870) |
| | Amy.Choe@wilsonelser.com |
| 17 | **WILSON, ELSER, MOSKOWITZ,** |
| 18 | **EDELMAN & DICKER LLP** |
| | 555 South Flower Street, Suite 2900 |
| 19 | Los Angeles, California 90071-2407 |
| | Telephone:(213) 443-5100 |
| 20 | Facsimile: (213) 443-5101 |
| 21 | |
| | *Attorneys for Defendants* |
| 22 | *National Payment Systems and* |
| | *National Payment Systems OR, LLC* |
| 23 | *d/b/a/ ONE CONNECT PROCESSING* |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

- 1 -

[PROPOSED] ORDER GRANTING PARTIES' STIPULATED REQUEST TO EXTEND CASE DEADLINES TO ALLOW CLASS SETTLEMENT TO BE FINALIZED, *FLOYD V. FIRST DATA MERCHANT SERVS., LLC*, CASE NO. 5:20-CV-02162-EJD

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| LOUIS FLOYD and TERRY FABRICANT, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>FIRST DATA MERCHANT SERVICES LLC,<br><br>SAM'S CLUB MERCHANT SERVICES,<br><br>NATIONAL PAYMENT SYSTEMS LLC, and<br><br>NATIONAL PAYMENT SYSTEMS OR, LLC d/b/a/ ONE CONNECT PROCESSING,<br><br>　　　　　　　　Defendants. | Case No. 5:20-cv-02162-EJD<br><br>[~~PROPOSED~~] ORDER GRANTING PARTIES' STIPULATED REQUEST CONTINUE THE FINAL APPROVAL HEARING  *AS MODIFIED*<br><br>Complaint Filed: March 30, 2020 |

The Court has reviewed the parties Stipulated Request to Continue the Final Approval Hearing and hereby continues the Final Approval Hearing to ~~September~~ OCTOBER 6, 2022 at 9 a.m. in San Jose, Courtroom 4, 5th Floor before Judge Edward J. Davila., ~~and further orders that the final approval hearing will be conducted via Zoom using the Court's Zoom link for civil hearings:~~

~~https://cand-uscourts.zoomgov.com/j/16048963022pwd=b0ZTckVxODFCMm1rcjRvSGFMMjVRUT09~~

~~Webinar ID: 160 489 6302~~

~~Password: 544953~~

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

August 4, 2022　　　by: _[signature]_

EDWARD J. DAVILA
United States District Judge

- 2 -

[PROPOSED] ORDER GRANTING PARTIES' STIPULATED REQUEST TO EXTEND CASE DEADLINES TO ALLOW CLASS SETTLEMENT TO BE FINALIZED, *FLOYD V. FIRST DATA MERCHANT SERVS., LLC*, CASE NO. 5:20-CV-02162-EJD